**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**CHRISTINA MARTIN**                                                                       **PLAINTIFF**

**V.**                   **CASE NO.: 4:08CV00412 BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                        **DEFENDANT**

## ORDER

Pending is Defendant's Motion to Remand (docket entry #6). Plaintiff does not object. For good cause shown, Defendant's motion (#6) is GRANTED. This case is hereby remanded under sentence six of 42 U.S.C. § 405(g) for a *de novo* hearing in this matter. The Clerk is directed to administratively close this file.

IT IS SO ORDERED this 7th day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE