**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHRISTINA MARTIN**                                                                                       **PLAINTIFF**

**V.**                                    **CASE NO.: 4:08CV00412 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                      **DEFENDANT**

**JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is considered, ordered and adjudged that this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 31st day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE